AO 91 (Rev. 5/85) Criminal Complaint SA George Nikolopoulos /FBI 88A-DE-101339 AUSA Saima Mohsin (313) 226-9163

# United States District Court

3

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

V.

VINCENT LAVELL BETTS

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 07-30339

FILED
JUL 09 2007
CLERK'S OFFICE
DETROIT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 9, 2007 in Wayne county, in the Eastern District of Michigan defendant, did (Track Statutory Language of Offense)

knowingly, willfully and unlawfully move and travel in interstate commerce; to wit: from Michigan with the intent and purpose of avoiding prosecution in violation of Title 18 United States Code, Section(s) 1073, Unlawful Flight to Avoid Prosecution.

I further state that I am a Special Agent, FBI and that this complaint is based on the following facts:
Official Title

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complaint
George Nikolopoulos, Special Agent
Federal Bureau of investigation

Bureau of Investigation
Sworn to before me and subscribed in my presence,

July 9, 2007 at Detroit, Michigan
Date City and State

Hon. Donald A. Scheer, U.S. Mag. Judge, EDM
Name & Title of Judicial Officer

Signature of Judicial Officer

A F F I D A V I T

Special Agent George Nikolopoulos, Federal Bureau of Investigation, after being duly sworn, deposes and says the following:

1. On June 10, 2007, a warrant was issued in the 36th District Court, Wayne County, Detroit, Michigan, charging Vincent Lavell Betts, defendant herein, with Murder-Premeditated, Assault with Intent to Murder (4-counts), Felon in Possession of a Firearm, Felony Firearm and Habitual Offender, which are felonies under the laws of the State of Michigan. The Detroit Police Department is currently holding a valid warrant for the arrest of the defendant on the charges stated above based on the alleged crimes.

2. On June 14, 2007, the Office of the Prosecuting Attorney, Wayne County, Detroit, Michigan, requested assistance from the Federal Bureau of Investigation, in effort to locate and apprehend the defendant based on the recommendation of the Detroit Police Department.

3. Investigation conducted by the Detroit Police Department revealed that the on June 9, 2007 the defendant was involved in a verbal altercation with the occupants residing at 15333 Bentler, Detroit, Michigan. The situation escalated when the defendant produced a handgun and repeatedly fired into a vehicle containing victim Danny Lowery, who was shot and fatally wounded and four other victims who were shot and seriously wounded. The defendant was identified by witnesses at the scene as being the perpetrator of this crime. An intense search conducted by the Detroit Police Department

in an attempt to locate and apprehend the defendant has not disclosed the exact whereabouts of the defendant who has been missing from his normal home and residence since the date of the alleged crime which occurred on June 9, 2007, in Detroit, Michigan.

4. Further investigation conducted by the Detroit Police Department has developed information to reasonably believe that the defendant has fled the State of Michigan with the intent and purpose of avoiding prosecution on the charges of the alleged crime. Information has been developed through recent contacts with the defendant's known associates and independent sources that the defendant has knowledge of his wanted status and has traveled to the State of Ohio while being afforded financial assistance by the defendant's closest associates in furtherance of the defendant's efforts to avoid apprehension. This matter has received media attention in the Detroit metropolitan area and to date, the defendant continues to be remain in wanted status.

5. The above is known to the undersigned to be true through reliable information obtained from results of investigation conducted by the Detroit Police Department and the affiant.

George Nikolopoulos, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in
my presence this 9th day of July

United States Magistrate Judge, EDM